*June 14, 2017*

2017-Ohio-4268.]

**2015–1332.  Accel, Inc. v. Testa.**
Board of Tax Appeals, No. 2012–2840. On appellee/cross-appellant's motion to set date and time for oral argument. Motion denied as moot.

**2017–0784.  In re Moore.**
On certified entry of felony conviction. Gregory Joseph Moore, Attorney Registration No. 0076156, last known business address in Northfield, Ohio, suspended from the practice of law for an interim period.